# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0072, <u>Heather Caswell v. Victor Ganobi</u>, the court on December 27, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Heather Caswell, appeals an order recommended by a referee (<u>Kent</u>, R.) and approved by the Circuit Court (<u>Lyons</u>, J.), dismissing her complaint brought under RSA chapter 540-A against the defendant, Victor Ganobi. We affirm.

We review the trial court's application of the law to the facts and its statutory interpretation <u>de</u> <u>novo</u>. <u>See</u> <u>Mahmoud v. Town of Thornton</u>, 169 N.H. 387, 389 (2016). We will uphold the trial court's factual findings unless the evidence does not support them or they are erroneous as a matter of law. <u>Town of Atkinson v. Malborn Realty Trust</u>, 164 N.H. 62, 66 (2012). Based upon our review of the trial court's order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8). In light of this order, the defendant's motion to strike the plaintiff's brief is moot. <u>See</u> <u>Appeal of Silverstein</u>, 163 N.H. 192, 199 n.1 (2012).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**